OSCAR FELIX v. THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WALLACE. No. 11,551. (60 Pac. 1131.) Error from Saline district court. Opinion filed April 7, 1900. *Dismissed.* Bond & Osborn, and Benson & Smart, for plaintiff in error. G. L. Hurlburt, A. L. Williams, N. H. Loomis, and R. W. Blair, for defendant in error.

A. S. LAPHAM, as *Administrator, etc.,* v. LAURA A. J. BAILEY *et al.* No. 11,553. (60 Pac. 743.) Error from Neosho district court. Opinion filed April 7, 1900. Lapham & Brewster, for plaintiff in error. John J. Jones, for defendants in error.

WILLIAM MITTS *et al.* v. WILLIAM SMITH *et al.* No. 11,554. WILLIAM SMITH v. WILLIAM MITTS *et al.* No. 11,555. (60 Pac. 822.) Error from court of appeals, northern department. Opinion filed April 7, 1900. *Dismissed.* Jas. H. Lowell, and Hayden & Hayden, for plaintiffs in error in the first case. S. K. Woodworth, John Stowell, and Wheeler & Switzer, for defendants in error in the first case. S. K. Woodworth, and John Stowell, for plaintiff in error in the second case. Wheeler & Switzer, Jas. H. Lowell, and Hayden & Hayden, for defendants in error in the second case.

FRED. SOFSKY v. AMELIA HOPPER. No. 11,574. (60 Pac. 1132.) Error from Saline district court. Opinion filed April 7, 1900. *Affirmed.* David Ritchie, for plaintiff in error. Bond & Osborn, for defendant in error.

D. N. BURDGE *et al.* v. FRANCIS E. HOLLIDAY AND THE FIRST NATIONAL BANK OF TOPEKA. No. 11,458. (60 Pac. 1131.) Error from Shawnee district court. Opinion filed May 5, 1900. *Affirmed.* Vance & Campbell, and Quinton & Quinton, for plaintiffs in error. Rossington, Smith & Histed, for defendants in error.

T. M. GILMORE v. H. C. SWISHER *et al.* No. 11,472. (60 Pac. 1131.) Error from Osage district court. Opinion filed May 5, 1900. *Affirmed.* P. E. Gregory, Pleasant & Pleasant, and R. C. Heizer, for plaintiff in error. Tufts & Crowell, for defendants in error.

JOHN S. BRANNER v. JOSIE WEBB. No. 11,510. (60 Pac. 1131.) Error from Jackson district court. Opinion filed May 5, 1900. *Dismissed.* Isenhart & Alexander, and Wm. R. Hazen, for plaintiff in error. Keeler & Hite, for defendant in error.

ROBERT KEATING ROOT *et al.* v. FRANK L. MARTIN *et al.* No. 11,515. (60 Pac. 1050.) Error from Reno district court. Opinion filed May 5, 1900. *Dismissed.* Fuller & Whitcomb, and J. G. Slonecker, for plaintiffs in error. Martin & Roberts, and D. H. Martin, for defendants in error.

R. A. VANWINKLE *et al.* v. J. C. BLEVINS *et al.* No. 11,540. (60 Pac. 1133.) Error from Leavenworth district court. Opinion filed May 5, 1900. *Affirmed.* Wollman, Solomon & Cooper, for plaintiffs in error. C. D. Walker, for defendants in error.

GEORGE M. SIZER *et al.* v. POLINA E. DUCK *et al.* No. 11,578. (60 Pac. 1132.) Error from Douglas district court. Opinion filed May 5, 1900. *Affirmed.* Wm. H. Mason, Bishop & Mitchell, and L. C. Poehler, for plaintiffs in error. William W. Nevison, for defendants in error.